UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cr-20090-BB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GIANKY NUNEZ,

     Defendant.

_____

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Undersigned counsel, David A. Donet, Jr., Esq. and Alejandro D. De Varona, Esq., pursuant to FL SO Dist. Local Rule 11.1(d)(3)(A) and subject to the approval of this Court, stipulate and agree that David A. Donet, Jr., Esq., shall be substituted as counsel of record for Defendant, Gianky Nunez, in the above styled cause and that Mr. De Varona be discharged from further responsibility herein and be removed from the service list and electronic notices via CM/ECF in this case on all further pleadings and documents.

     **DATED:** April 13, 2026.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **Donet, McMillan &Trontz, P.A.** | **The Law Offices of Alejandro D De Varona, P.A.** |
| By: /s/ David A. Donet, Jr. | By: /s/ Alejandro D. De Varona |
| **David A. Donet, Jr., Esq.** | **Alejandro D. De Varona, Esq.** |
| Florida Bar No.: 128910 | Florida Bar No.: 469343 |
| 100 Almeria Avenue, Suite 230 | 760 NW 107 Avenue, Suite. 330 |
| Coral Gables, Florida 33134 | Miami, FL 33372 |
| Telephone: 305-444-0030 | Telephone: 305-227-7220 |
| Email: donet@dmtlaw.com | Email: adv@adevaronalaw.com |
| Email: paralegals@dmtlaw.com | Email: pleadings@adevaronalaw.com |

[Certificate of Service on next page]

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 13, 2026, undersigned counsel electronically filed

the foregoing Stipulation For Substitution of Counsel with the Clerk of the Court using the

CM/ECF platform, which will send a notice of electronic filing (NEF) to all counsel of record

registered therein.

**Donet, McMillan & Trontz, P.A.**

By:  /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com