UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cr-20090-BB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GIANKY NUNEZ,

      Defendant.

_____

**ORDER ON**
**STIPULATION FOR SUBSTITUTION OF COUNSEL**

**THIS CAUSE** having come before the Court on the submission of the Stipulation for

Substitution of Counsel [DE   ]; and the Court having reviewed said Stipulation and being

otherwise fully advised in the premises, it  upon consideration,

**ORDERED AND ADJUDGED:** That David A. Donet, Jr., Esq., of the law firm of

Donet, McMillan & Trontz, P.A., shall be substituted as counsel of record for the Defendant, and

that Alejandro D. De Varona, Esq., is relieved of further responsibility or action in this cause.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2026.

_____
**HON. BETH BLOOM**
United States District Judge

Copies to Counsel of Record.