**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cr-20090-BLOOM**

UNITED STATES OF AMERICA,

v.

GIANKY NUNEZ,

   Defendant.

_____/

## ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** is before the Court upon the Stipulation for Substitution of Counsel, ECF No. [19] ("Stipulation"), filed by Defendant. The Court has carefully reviewed the Stipulation, the record in this case, applicable law, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   The Stipulation, **ECF No. [19]**, is **APPROVED**.

2.   David A. Donet, Jr., Esq., and the law firm Donet, McMillan & Trontz, P.A., shall be substituted as counsel of record for Defendant, and shall receive service of all pleadings, notices and other papers in this matter.

3.   Alejandro D. De Varona, Esq., and The Law Offices of Alejandro D. De Varona, P.A., shall no longer serve as counsel of record for Defendant. The Clerk of Court is **DIRECTED TO TERMINATE** Alejandro D. De Varona, Esq., as counsel of record for Defendant.

Case No. 26-cr-20090-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida on April 20, 2026.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

2