**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20090-BLOOM**

UNITED STATES OF AMERICA

v.

GIANKY NUNEZ,

       **Defendant.**

## UNITED STATES' BILL OF PARTICULARS AS TO FORFEITURE

The United States of America hereby files the following Bill of Particulars pursuant to pursuant to 32.2(a) of the Federal Rules of Criminal Procedure.

The United States provides notice that it seeks forfeiture of the following property pursuant to 21 U.S.C. § 853 and 46 U.S.C. § 70507(a),

1.  2022 26'5" DTN Cabin Motorboat Van Dutch w/Trailer and Single 450R Outbound Motor, Hull No:  DTA36426C222

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    *s/ G. Raemy Charest-Turken*
Gabrielle Raemy Charest-Turken
Assistant United States Attorney
Florida Bar No. 15939
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9365
E-mail: Gabrielle.Charest-Turken@usdoj.gov