UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20090-BLOOM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.


YURI ANTONIO MEDINA-04,
GIANKY NUNEZ-05,

      Defendants.

_____/

**ORDER**

**THIS CAUSE** is before the Court on the Defendant's Unopposed Motion to Continue Trial, ECF No. [29]. Being fully advised, it is

**ORDERED AND ADJUDGED** the Motion is **GRANTED.**   The interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was raised, July 22, 2026, to and including the date trial commences – is excludable time under the Speedy Trial Act.   *See* 18 U.S.C. § 3161.

**THIS CAUSE** is set for **Criminal Jury Trial** at the Wilkie D. Ferguson, Jr., Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, during the two-week period commencing at **9:00 a.m. on Monday, October 19, 2026**, or as soon thereafter as the case may be called.  A **Calendar Call** will be held at **1:30 p.m. on Tuesday, October 13, 2026,** at the Wilkie D. Ferguson, Jr., Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. The deadline for the tendering of any guilty pleas is set for **Friday, October 9, 2026**.   *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547

1

CASE NO. 26-20090-CR-BLOOM

F.2d 863, 868 (5th Cir. 1977)). All Pre-Trial Motions, including Motions to Suppress and Motions

*in Limine*, shall be filed with the Court prior to Calendar Call.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 27, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2